**STEVEN BANKS**
***Corporation Counsel***

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Valerie L. Forbes**
*Special Assistant Corporation Counsel*
Office: (212) 356-0873

September 16, 2026

**VIA ECF**
Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

*Re:* *A.G. et al., v. N.Y.C. Dep't of Educ.,* 26-cv-05215 (KPF)(SDA)

Dear Judge Failla:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

I write pursuant to the Court order dated June 30, 2026 (ECF No. 6), to respectfully request an adjournment *sine die* of the Initial Pretrial Conference currently scheduled for Tuesday, September 22, 2026 at 11:00 am, as well as the attendant Case Management Plan, proposed Scheduling Order and accompanying Letter due tomorrow, Thursday, September 17, 2026. Plaintiff consents to this request. This is the first request for an adjournment. The Court should note that Defendant's Answer would not be due until October 19, 2026.

This is a fees-only action, and liability is not at issue. There are no claims pleaded in this action except the attorneys' fees claim. The City is close to completing its internal review process and anticipates making an offer of settlement within the next two weeks. The parties remain hopeful that this matter can be resolved without burdening the Court with conferences or motion practice. If the Court wishes to proceed with an initial conference, Defendant respectfully requests that the Court adjourn the scheduled conference to a later date convenient to the Court.

Accordingly, Defendant respectfully requests that the Court adjourn the Initial Pretrial Conference as well as the CMP and Scheduling Order, sine die, and proposes that the parties submit a joint letter by October 19, 2026 to update the Court on the status of settlement negotiations.

Thank you for considering these requests.

Respectfully submitted,
*/s/ Valerie L. Forbes*
Valerie L. Forbes, Esq.
Special Assistant Corporation Counsel

cc: Adam Dayan, Esq. (via ECF)

The Court is pleased to hear that the parties are in the settlement negotiation process. But the Court notes that it has already adjourned *sine die* the initial pretrial conference scheduled for September 22, 2026. (*See* Dkt. # 10).

For the avoidance of doubt, all conferences currently scheduled in this case are ADJOURNED *sine die*, to be rescheduled if and when Defendant files its answer. The parties shall file a joint status update on or before **October 19, 2026**, or within a week of any material developments in the settlement negotiations.

The Clerk of Court is directed to terminate the pending motion at docket entry 11, and terminate all conferences in this case.

Dated: September 17, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE